

[Usher v. Naylor]

Hezek[a] Vsher senio[r] plan[t] ags[t] Edw. Neylor Defend[t] in an action of debt of two hundred pounds or thereabouts dew by booke & due damages according to Attachment bearing date 11th Feb[r] 1671. The Action being cal'd & the Attachmen[t] read the plantiffe was nonsuited for not giving Summons to the Defendant.